

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00494-CV

Victoria **AGUIRRE**,
Appellant

v.

Lourdes Judith **DE SANTIAGO WEBER**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2022-CV-00184
Honorable Cesar Garcia, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
             Liza A. Rodriguez, Justice
             Lori I. Valenzuela, Justice

Delivered and Filed: August 16, 2023

DISMISSED FOR LACK OF JURISDICTION

On April 21, 2023, appellant filed a notice of appeal, stating her intent to appeal the trial court's March 23, 2023 order on motion for summary judgment. However, the clerk's record did not include an order granting summary judgment and the trial court clerk informed this court that no such order had been signed by the trial court. In the absence of an appealable interlocutory order or a final judgment, this court has no jurisdiction over an appeal. *See Lehmann v. Har Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001); *see also Ogletree v. Matthews*, 262 S.W.3d 316, 319 n.1 (Tex. 2007). We therefore ordered appellant to show cause in writing why this appeal should not be

dismissed for lack of jurisdiction. Appellant filed a response acknowledging that this appeal must be dismissed for lack of jurisdiction. Accordingly, we dismiss the appeal for lack of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

PER CURIAM